THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Gerald Randal
 Smith, Appellant.
 
 
 

Appeal from Richland County
 Clifton Newman, Circuit Court Judge
Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No. 2008-UP-226
Submitted April 1, 2008  Filed April 11,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals, Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, of Columbia; and Warren B. Giese, Solicitor, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: 
 Gerald Randal Smith pled guilty to
 voluntary manslaughter before Judge Newman.  At the subsequent sentencing
 hearing before Judge Lloyd, Smith was sentenced to twenty-seven years
 imprisonment. Upon
 reconsideration by the sentencing judge, his sentence was reduced to
 twenty-four years.  On appeal, Smith alleges the plea judge improperly accepted
 his plea because there was no factual basis for his plea.  Smith also filed a pro se brief, alleging the State violated his plea negotiations, and that
 Judge Lloyds sentence was inappropriate.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., PIEPER, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.